UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRUCE STIPE (#152145)

VERSUS                                          CIVIL ACTION

R. BUTLER, ET AL                                NUMBER 14-217-JJB-SCR

**RULINGS ON MOTIONS**

Before the court is the plaintiff's Motion for Extension of Time to Submit Summary Judgment. Record document number 62. No opposition or other response has been filed.

The motion is premised, in part, on the belief that the defendants moved to stay discovery. They did not. Defendant did move to reset the deadlines for filing summary judgment motions if their Motion to Dismiss is denied.[1] That motion was granted, extending the deadline filing summary judgment motions to 120 days from the date of the ruling on the Motion to Dismiss.[2] A ruling has not been issued on the Motion to Dismiss; therefore, the time for filing summary judgment motions has not yet begun to run.

Plaintiff's Motion for Extension of Time to Submit Summary Judgment is premature and unnecessary.[3]

---

[1] Record document number 29.

[2] Record document number 30.

[3] Plaintiff also sought relief regarding his Motion on Retaliation Concerning J. Smith & R. Butler, seeking to have it recharacterized as a motion for leave to amend. The district judge
(continued...)

Also before the court is the Plaintiff's Opposition and Motion to Deny Summary Judgment. Record document number 63. Defendants filed a response.[4]

As they correctly explained, the defendants have not filed a motion for summary judgment and the time by which they must do so has not expired. Plaintiff's motion is premature.

Plaintiff's Opposition and Motion to Deny Summary Judgment is premature.

Also before the court is the plaintiff's Motion to Deny the Motion to Dismiss as Abandoned; Opposition to Defendant's Motion to Deny Summary Judgment; Alternatively, Motion to Defer Ruling on Summary Judgment. Record document number 65. Defendants filed a response.[5]

Defendants did not abandon their Motion to Dismiss by not moving to stay discovery or by participating in discovery.[6] Insofar as the plaintiff again moved to deny summary judgment to the defendants, the motion is premature as the defendants have not

---

[3](...continued)
treated the motion as a motion for a temporary restraining order, and he denied it nearly eight months ago. Record document number 18. Plaintiff had ample opportunity to move to amend his complaint since then.

[4] Record document number 64.

[5] Record document number 66.

[6] A Magistrate Judge's Report was issued this date addressing the defendants' Motion to Dismiss. Record document number 67.

moved for summary judgment.  Nor did the defendants move a second time to extend the time file a summary judgment motion, as the plaintiff asserted.  Defendants moved for an extension of time to serve their discovery responses.[7]

Plaintiff's Motion to Deny the Motion to Dismiss as Abandoned; Opposition to Defendant's Motion to Deny Summary Judgment; Alternatively, Motion to Defer Ruling on Summary Judgment has no merit.

Accordingly, the plaintiff's motions are decided as follows:

Motion for Extension of Time to Submit Summary Judgment (record document number 62) is denied as premature;

Plaintiff's Opposition and Motion to Deny Summary Judgment (record document number 63) is denied as premature; and,

Motion to Deny the Motion to Dismiss as Abandoned; Opposition to Defendant's Motion to Deny Summary Judgment; Alternatively, Motion to Defer Ruling on Summary Judgment (record document number 65) is denied.

Baton Rouge, Louisiana, January 20, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[7] Record document number 54.