UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRUCE STIPE (#152145)

VERSUS

R. BUTLER, ET AL.

CIVIL ACTION

NO. 14-217-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated January 20, 2015 (doc. no. 67). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Dismiss is GRANTED in part, dismissing all of the plaintiff's claims except his claim that the defendants subjected him to unconstitutional conditions of confinement when they required him to wear an unclean jumpsuit for more than 30 days, and this matter is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, this 9th day of February, 2015.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA