UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRUCE STIPE (#152145)                                   CIVIL ACTION

VERSUS

R. BUTLER, ET AL.                                        NO. 14-217-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated March 4, 2016 (doc. no. 88) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 77) is GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this  6th  day of April, 2016.

                                           JAMES J. BRADY, U.S. DISTRICT JUDGE
                                           MIDDLE DISTRICT OF LOUISIANA